```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 18866
    THOMAS A JASTPER
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6702


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/12/2007 and was confirmed 01/09/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
HOMEQ SERVICING CORPORAT CURRENT MORTG         .00             .00             .00
HOMEQ SERVICING CORPORAT MORTGAGE ARRE     7368.36             .00          655.64
LITTON LOAN SERVICING    CURRENT MORTG         .00             .00             .00
LITTON LOAN SERVICING    MORTGAGE ARRE     3652.12             .00         3652.12
WORLD FINANCIAL NETWORK  SECURED            159.81             .00          159.81
ILLINOIS DEPT OF REVENUE PRIORITY          2172.20             .00             .00
INTERNAL REVENUE SERVICE PRIORITY         11897.59             .00             .00
AMERIQUEST MORTGAGE      UNSECURED       NOT FILED             .00             .00
AMERIQUEST MORTGAGE      UNSECURED       NOT FILED             .00             .00
APPLIED CARD BANK        UNSECURED       NOT FILED             .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED          1345.46            .00             .00
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED         20501.36            .00             .00
ECAST SETTLEMENT CORP    UNSECURED           994.43            .00             .00
ECAST SETTLEMENT CORP    UNSECURED           905.64            .00             .00
BK OF AMER               UNSECURED       NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED          9585.39            .00             .00
CHASE                    UNSECURED       NOT FILED             .00             .00
FIRST USA BANK           UNSECURED       NOT FILED             .00             .00
GMAC RESCAP LLC          UNSECURED       NOT FILED             .00             .00
GMAC MORTGAGE            UNSECURED       NOT FILED             .00             .00
GMAC RESCAP LLC          UNSECURED       NOT FILED             .00             .00
GMAC RESCAP LLC          UNSECURED       NOT FILED             .00             .00
HSBC CARSON              UNSECURED       NOT FILED             .00             .00
HSBC HARLM               UNSECURED       NOT FILED             .00             .00
HSBC/RS                  UNSECURED       NOT FILED             .00             .00
HSBC/WICKS               UNSECURED       NOT FILED             .00             .00
MACYS DSNB               UNSECURED       NOT FILED             .00             .00
NBGL CARSONS             UNSECURED       NOT FILED             .00             .00
NICOR GAS                UNSECURED       NOT FILED             .00             .00
RNB-FIELDS3              UNSECURED       NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED          7903.40            .00             .00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 18866 THOMAS A JASTPER

```
FIRST USA BK                UNSECURED      NOT FILED            .00            .00
WELLS FARGO FINANCIAL       UNSECURED      NOT FILED            .00            .00
WELLS FARGO FINANCIAL       UNSECURED      NOT FILED            .00            .00
WORLD FINANCIAL NETWORK     UNSECURED         624.74            .00            .00
WFNNB/ VICTORIA'S SECRET    UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE    UNSECURED         343.11            .00            .00
INTERNAL REVENUE SERVICE    SECURED          7190.27            .00       1797.57
WORLD FINANCIAL NETWORK     UNSECURED        1758.86            .00          53.27
ILLINOIS DEPT OF REVENUE    UNSECURED         439.66            .00            .00
LITTON LOAN SERVICING       MORTGAGE NOTI NOT FILED             .00            .00
GLENDA J GRAY               DEBTOR ATTY     2,274.00                      2,274.00
TOM VAUGHN                  TRUSTEE                                         743.21
DEBTOR REFUND               REFUND                                             .00
```

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  9,335.62

PRIORITY                                              .00
SECURED                                          6,265.14
UNSECURED                                           53.27
ADMINISTRATIVE                                   2,274.00
TRUSTEE COMPENSATION                               743.21
DEBTOR REFUND                                         .00
                       ---------------     ---------------
TOTALS                   9,335.62                9,335.62

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
     Dated: 01/26/09           _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 07 B 18866 THOMAS A JASTPER